# United States Bankruptcy Court

Southern District of Alabama

## Case No. 14–03220
**Chapter 13**

In re:

Bettye Hardy Smiley
aka Bettye H Smiley, aka Bettye Smiley
524 Hampton Road
Selma, AL 36701

Social Security No.:
xxx–xx–9045

## NOTICE OF HEARING ON RELIEF FROM STAY MOTION
## AND ORDER EXTENDING THE AUTOMATIC STAY

A telephonic hearing will be held before the Honorable Henry A. Callaway on:

**Date:** 8/29/19

**Time:** 09:00 AM

**Matter:** 44 – Motion for Relief from Stay with Certificate of Service. Fee Amount is $181.00 Filed by B. Andrew Monaghan of Sirote & Permutt, PC on behalf of WELLS FARGO BANK, N.A.. (Attachments: # 1 Note # 2 Mortgage # 3 Loan Modification) (Monaghan, B.)

The hearing may be a preliminary or a final hearing at the Court's discretion. Whether the hearing is preliminary or final will depend upon whether the matter may be disposed of by affidavits and oral argument. If a party desires the motion to be disposed of at the hearing by affidavit or other pleadings, all adverse parties or their attorneys shall be provided the affidavits or pleadings three (3) days prior to the hearing.

Testimony of witnesses will not be permitted at this hearing, except upon agreement of counsel, and motions that cannot be disposed of without witnesses will be set for final hearing. Responses to motions for relief from stay are governed by Local Rule 4001–1.

It is ORDERED that the stay provided by 11 U.S.C.§ 362 will remain in effect as to this matter until a final order is entered.

If you are represented, please contact your lawyer before the hearing date to:
1. find out whether you should attend, and
2. confirm that the matter has not been resolved or moved to another date.

You must present a valid ID to enter the courthouse. Members of the public are not allowed to bring in cellular phones or weapons of any kind, including pocket knives. Parking information can be found on the court website at www.alsb.uscourts.gov under "court information."

**THIS HEARING IS TO BE HELD BY TELEPHONE. Conference call dial in number 1–877–336–1831, Access Code: 1356129#, Security Code: 1886#. The court will be conducting a motion docket with numerous cases set, so please keep your telephone muted until your case is called.**

Dated: 8/1/19

_____
HENRY A. CALLAWAY
CHIEF U.S. BANKRUPTCY JUDGE