Fill in this information to identify the case:

Debtor 1: Bettye Hardy Smiley

Debtor 2 (Spouse, if filing):

United States Bankruptcy Court for the: Southern District of AL (State)

Case number: 14-03220

Form 4100R

# Response to Notice of Final Cure Payment

10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of creditor:** Wells Fargo Bank, N.A.

**Court claim no. (if known):** 4

**Last 4 digits** of any number you use to identify the debtor's account: 9 2 6 5

**Property address:**
524 HAMPTON RD
Number   Street

SELMA     AL     36701
City      State  ZIP Code

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:  $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on: ___/___/_____
MM / DD / YYYY

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

a. Total postpetition ongoing payments due:                                    (a) $ 1,634.91

b. Total fees, charges, expenses, escrow, and costs outstanding:           + (b) $ _____

c. **Total.** Add lines a and b.                                              (c) $ 1,634.91

Creditor asserts that the debtor(s) are contractually obligated for the postpetition payment(s) that first became due on: 05 / 01 / 2019
MM / DD / YYYY

| Debtor 1 | Bettye Hardy Smiley | | | Case number (if known) 14-03220 |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:

- ☒ all payments received;
- ☒ all fees, costs, escrow, and expenses assessed to the mortgage; and
- ☒ all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

✗ /s/ Andrew Monaghan  
Signature

Date 7/26/19

Print: Andrew Monaghan  
✓Diane C. Murray  ACM  
First Name    Middle Name    Last Name

Title: Attorney for Creditor

Company: Sirote & Permutt, PC

If different from the notice address listed on the proof of claim to which this response applies:

Address: PO Box 55887  
Number    Street

Birmingham, AL 35255  
City    State    ZIP Code

Contact phone (205) 930 - 5186

Email: amonaghan@sirote.com

Form 4100R    Response to Notice of Final Cure Payment    page 2

Debtor name: BETTYE H SMILEY　　　　Bk Filing Date: 10/2/2014　　　　First PP PmtDueDate/Amt: 11/1/2014 / $686.25

| Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|
| | | 11/28/2014 | $686.25 | | | $686.25 |
| 11/1/2014 | $686.25 | | | 12/1/2014 | $686.25 | $0.00 |
| | | 12/12/2014 | $690.00 | | | $690.00 |
| 12/1/2014 | $686.25 | | | 12/15/2014 | $686.25 | $3.75 |
| | | 1/14/2015 | $690.00 | | | $693.75 |
| 1/1/2015 | $686.25 | | | 1/16/2015 | $686.25 | $7.50 |
| | | 2/27/2015 | $690.00 | | | $697.50 |
| 2/1/2015 | $686.25 | | | 3/4/2015 | $686.25 | $11.25 |
| | | 3/31/2015 | $700.00 | | | $711.25 |
| 3/1/2015 | $686.25 | | | 4/8/2015 | $686.25 | $25.00 |
| | | 4/30/2015 | $700.00 | | | $725.00 |
| 4/1/2015 | $686.25 | | | 5/5/2015 | $686.25 | $38.75 |
| | | 5/29/2015 | $686.25 | | | $725.00 |
| 5/1/2015 | $686.25 | | | 6/5/2015 | $686.25 | $38.75 |
| | | 6/30/2015 | $686.25 | | | $725.00 |
| 6/1/2015 | $686.25 | | | 7/2/2015 | $686.25 | $38.75 |
| | | 7/30/2015 | $686.25 | | | $725.00 |
| 7/1/2015 | $686.25 | | | 7/31/2015 | $686.25 | $38.75 |
| | | 8/31/2015 | $686.25 | | | $725.00 |
| 8/1/2015 | $686.25 | | | 9/1/2015 | $686.25 | $38.75 |
| | | 9/30/2015 | $686.25 | | | $725.00 |
| 9/1/2015 | $686.25 | | | 10/6/2015 | $686.25 | $38.75 |
| | | 10/30/2015 | $686.25 | | | $725.00 |
| 10/1/2015 | $686.25 | | | 11/2/2015 | $686.25 | $38.75 |
| | | 11/30/2015 | $686.25 | | | $725.00 |
| 11/1/2015 | $686.25 | | | 12/1/2015 | $686.25 | $38.75 |
| | | 12/31/2015 | $686.25 | | | $725.00 |
| 12/1/2015 | $686.25 | | | 1/4/2016 | $686.25 | $38.75 |
| | | 2/1/2016 | $686.25 | | | $725.00 |
| 1/1/2016 | $686.25 | | | 2/3/2016 | $686.25 | $38.75 |
| | | 2/29/2016 | $105.54 | | | $144.29 |
| | | | | 3/1/2016 | $105.54 | $38.75 |
| | | 3/1/2016 | $686.25 | | | $725.00 |
| 2/1/2016 | $686.25 | | | 3/3/2016 | $686.25 | $38.75 |
| | | 3/31/2016 | $700.00 | | | $738.75 |
| 3/1/2016 | $686.25 | | | 4/1/2016 | $686.25 | $52.50 |

Case Number: 1403220　　　　　　　　　　　　　　　　　　　　　　　　　　　　Page 1 of 4

Debtor name: BETTYE H SMILEY     Bk Filing Date: 10/2/2014     First PP PmtDueDate/Amt: 11/1/2014 / $686.25

| Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|
|  |  | 4/29/2016 | $700.00 |  |  | $752.50 |
| 4/1/2016 | $691.75 |  |  | 5/2/2016 | $691.75 | $60.75 |
|  |  | 6/30/2016 | $700.00 |  |  | $760.75 |
| 5/1/2016 | $691.75 |  |  | 7/1/2016 | $691.75 | $69.00 |
|  |  | 7/29/2016 | $700.00 |  |  | $769.00 |
| 6/1/2016 | $691.75 |  |  | 8/1/2016 | $691.75 | $77.25 |
|  |  | 8/31/2016 | $700.00 |  |  | $777.25 |
| 7/1/2016 | $691.75 |  |  | 9/1/2016 | $691.75 | $85.50 |
|  |  | 9/30/2016 | $700.00 |  |  | $785.50 |
| 8/1/2016 | $691.75 |  |  | 10/3/2016 | $691.75 | $93.75 |
|  |  | 10/31/2016 | $750.00 |  |  | $843.75 |
| 9/1/2016 | $691.75 |  |  | 11/1/2016 | $691.75 | $152.00 |
|  |  | 11/30/2016 | $700.00 |  |  | $852.00 |
| 10/1/2016 | $691.75 |  |  | 12/1/2016 | $691.75 | $160.25 |
|  |  | 12/29/2016 | $700.00 |  |  | $860.25 |
| 11/1/2016 | $691.75 |  |  | 12/30/2016 | $691.75 | $168.50 |
|  |  | 2/1/2017 | $700.00 |  |  | $868.50 |
| 12/1/2016 | $691.75 |  |  | 2/2/2017 | $691.75 | $176.75 |
|  |  | 2/28/2017 | $700.00 |  |  | $876.75 |
| 1/1/2017 | $691.75 |  |  | 3/1/2017 | $691.75 | $185.00 |
|  |  | 3/30/2017 | $700.00 |  |  | $885.00 |
| 2/1/2017 | $691.75 |  |  | 3/31/2017 | $691.75 | $193.25 |
|  |  |  |  | 4/6/2017 | ($105.54) | $298.79 |
|  |  | 4/28/2017 | $700.00 |  |  | $998.79 |
| 3/1/2017 | $691.75 |  |  | 5/1/2017 | $691.75 | $307.04 |
|  |  | 5/29/2017 | $700.00 |  |  | $1,007.04 |
| 4/1/2017 | $695.65 |  |  | 5/30/2017 | $695.65 | $311.39 |
|  |  | 6/30/2017 | $700.00 |  |  | $1,011.39 |
| 5/1/2017 | $695.65 |  |  | 7/3/2017 | $695.65 | $315.74 |
|  |  | 7/30/2017 | $700.00 |  |  | $1,015.74 |
| 6/1/2017 | $695.65 |  |  | 7/31/2017 | $695.65 | $320.09 |
|  |  | 9/1/2017 | $700.00 |  |  | $1,020.09 |
| 7/1/2017 | $695.65 |  |  | 9/5/2017 | $695.65 | $324.44 |
|  |  | 9/24/2017 | $1,391.30 |  |  | $1,715.74 |
| 8/1/2017 | $695.65 |  |  | 9/25/2017 | $695.65 | $1,020.09 |
| 9/1/2017 | $695.65 |  |  | 9/25/2017 | $695.65 | $324.44 |

Case Number: 1403220                                                                                     Page 2 of 4

| Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|
| | | 9/29/2017 | $700.00 | | | $1,024.44 |
| 10/1/2017 | $695.65 | | | 10/2/2017 | $695.65 | $328.79 |
| | | 11/1/2017 | $700.00 | | | $1,028.79 |
| 11/1/2017 | $695.65 | | | 11/2/2017 | $695.65 | $333.14 |
| | | 11/29/2017 | $82.57 | | | $415.71 |
| | | 12/1/2017 | $700.00 | | | $1,115.71 |
| 12/1/2017 | $695.65 | | | 12/4/2017 | $695.65 | $420.06 |
| | | | | 12/5/2017 | $82.57 | $337.49 |
| | | 1/3/2018 | $358.16 | | | $695.65 |
| 1/1/2018 | $695.65 | | | 1/4/2018 | $695.65 | $0.00 |
| 2/1/2018 | $695.65 | 2/28/2018 | $695.65 | 2/28/2018 | $695.65 | $0.00 |
| | | 3/29/2018 | $700.00 | | | $700.00 |
| 3/1/2018 | $695.65 | | | 3/30/2018 | $695.65 | $4.35 |
| 4/1/2018 | $695.78 | 4/30/2018 | $695.78 | 4/30/2018 | $695.78 | $4.35 |
| | | 6/29/2018 | $700.00 | | | $704.35 |
| 5/1/2018 | $695.78 | | | 7/2/2018 | $695.78 | $8.57 |
| | | 7/31/2018 | $700.00 | | | $708.57 |
| 6/1/2018 | $695.78 | | | 8/1/2018 | $695.78 | $12.79 |
| | | 8/31/2018 | $700.00 | | | $712.79 |
| 7/1/2018 | $695.78 | | | 9/4/2018 | $695.78 | $17.01 |
| | | 9/28/2018 | $700.00 | | | $717.01 |
| 8/1/2018 | $695.78 | | | 10/1/2018 | $695.78 | $21.23 |
| | | 10/31/2018 | $700.00 | | | $721.23 |
| 9/1/2018 | $695.78 | | | 11/1/2018 | $695.78 | $25.45 |
| | | 11/30/2018 | $700.00 | | | $725.45 |
| 10/1/2018 | $695.78 | | | 12/11/2018 | $695.78 | $29.67 |
| | | 12/28/2018 | $700.00 | | | $729.67 |
| 11/1/2018 | $695.78 | | | 12/31/2018 | $695.78 | $33.89 |
| | | 2/1/2019 | $700.00 | | | $733.89 |
| 12/1/2018 | $695.78 | | | 2/4/2019 | $695.78 | $38.11 |
| | | 3/1/2019 | $700.00 | | | $738.11 |
| 1/1/2019 | $695.78 | | | 3/4/2019 | $695.78 | $42.33 |
| | | 3/19/2019 | $115.49 | 3/19/2019 | $115.49 | $42.33 |
| | | 3/29/2019 | $700.00 | | | $742.33 |
| 2/1/2019 | $695.78 | | | 4/1/2019 | $695.78 | $46.55 |
| | | 5/1/2019 | $700.00 | | | $746.55 |

Debtor name: BETTYE H SMILEY  Bk Filing Date: 10/2/2014  First PP PmtDueDate/Amt: 11/1/2014 / $686.25

| | Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|---|
| | 3/1/2019 | $695.78 | | | 5/2/2019 | $695.78 | $50.77 |
| | | | 5/31/2019 | $700.00 | | | $750.77 |
| | 4/1/2019 | $696.42 | | | 6/3/2019 | $696.42 | $54.35 |
| | | | 6/28/2019 | $400.00 | | | $454.35 |
| | 5/1/2019 | $696.42 | | | | | |
| | 6/1/2019 | $696.42 | | | | | |
| | 7/1/2019 | $696.42 | | | | | |
| | | | | | | | |
| Totals | | $39,450.09 | | $38,013.24 | | $37,558.89 | |

Case Number: 1403220

Page 4 of 4

Case 14-03220    Doc    Filed 07/26/19    Entered 07/26/19 14:59:47    Desc Main
Document    Page 6 of 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA

| In Re: | ) | Case No: | 14-03220-HAC |
|---|---|---|---|
| Bettye Hardy Smiley | ) | Chapter: | 13 |
| Debtor | ) | | |
| | ) | | |

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the Response to Notice of Final Cure Payment filed by WELLS FARGO BANK, N.A. was mailed, first class postage prepaid to the following:

Bettye Hardy Smiley
524 Hampton Road
Selma, AL 36701

and served via electronic case management to:

T. Randolph Harrold
Post Office Box 692
Selma, AL 36702
randyharrold@att.net

Daniel B. O'Brien
Chapter 13 Trustee
P.O. Box 1884
Mobile, AL 36633
cperry@ch13mob.com

On this the 26th day of July, 2019.

Respectfully submitted,

/s/ Andrew Monaghan
Andrew Monaghan (MON-040)
✓ Diane Murray (MUR-048) *acm*
Enslen Crowe (CRO-098)
Donald M. Wright (WRI-021)
Stephen Bulgarella (BUL-021)
Attorney for Creditor

OF COUNSEL:

Andrew Monaghan
Sirote & Permutt, P.C.
2311 Highland Avenue South
Birmingham, Alabama 35205
Telephone: 205-930-5186 / Fax 205-212-2817
amonaghan@sirote.com